UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| HYLAS YACHTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>T3 VISTAS, LLC, and RICHARD STROTHER, )<br>)<br>Defendants )<br>) | Docket Number<br><br>1:12-cv-10468 |

### AFFIDAVIT OF JEFFREY S. BAKER IN SUPPORT OF THE PLAINTIFF'S REPLY MEMORANDUM

I, Jeffrey S. Baker, on personal knowledge, information, or belief, on oath, state and depose as follows:

1. I am a member in good standing of the Massachusetts bar.

2. I am the Plaintiff's attorney in this action.

3. Annexed hereto is a letter that I received on this day from Salem Five Cents Savings Bank. Exhibit 1.

4. Salem Five Cents Savings Bank holds title to the yacht at issue in this case as collateral for a line of credit that it previously extended to Hylas.

5. The outstanding balance due and payable as secured by the title to the yacht is $1,290,260.

6. After the typical closing costs associated with the sale of the yacht, including taxes and the broker's commission, Hylas Yachts will have to pay an addition $30,000 to $50,000 to pay off the outstanding indebtedness secured by title to the yacht.

7. No funds will be available to Hylas Yachts from the closing.

Signed this day under the pains and penalties of perjury,

/s/ Jeffrey S. Baker<br>Jeffrey S. Baker

Date: March 21, 2012