# *Hylas Yachts, Inc.*

## SALES CONTRACT

Sold to:   T3 Vistas, LLC                                            August 1, 2008
          340 Royal Poinciana Way
          317-203
          Palm Beach, FL  33480

### DESCRIPTION

| | |
|---|---:|
| One Hylas 70 Twin Wheel Design, with Shoal Draft designed by German Frers, including equipment as listed on the Specification Sheet, (Exhibit A). Costs of additional options shall be listed in this agreement as Exhibit B. Final cost is delivered and fully commissioned. | $1,630,000 |
| **Total** | $1,630,000 |
| **A 10% deposit of $163,000 shall accompany the Signed Sales Contract and Sales Agreement. It is understood that $40,000 of the $163,000 deposit shall be paid on behalf of Hylas Yachts to Mr. Fran Schwenk under the terms of the confidentiality agreement** | ($163,000) |
| A second deposit of $163,000 is due January 1, 2009 | ($163,000) |
| **Resulting balance after all deposits** | $1,304,000 |

**SELLER**                                              **BUYERS**

_____            _____
Kyle Jachney, Hylas Yachts, Inc.                T3 Vistas, LLC

P.O. Box 583   Marblehead, Mass 01945
Toll Free: (800) 875-5114   Fax: (781) 639-0216

# Hylas Yachts, Inc.

## CONFIDENTIAL SALES AGREEMENT

**THIS CONFIDENTIAL AGREEMENT** made as of August 1, 2008 between HYLAS YACHTS, INC., PO Box 583, Marblehead, Massachusetts 01945 (the "Seller") and T3 Vistas, LLC, 340 Royal Poinciana Way, 317-203, Palm Beach, Florida 33480 (the "Buyer").

**1. Sale and Purchase:** Seller agrees to construct and Buyers agree to purchase one Hylas 70, Twin Wheel, Center Cockpit Deck Design, with Shoal Draft Keel (the "Yacht") designed by German Frers and constructed by Queen Long Marine Co., Ltd., of Kaoshiung, Taiwan, R.O.C. ("Queen Long"). The Yacht shall be built according to the agreed design and construction drawings and hull and deck materials, which have been reviewed with the Buyer. The Buyers have also reviewed a list of standard equipment to be included in the base price of the Yacht. Drawings of the yacht and the amended list of standard equipment will be appended to this Agreement as Exhibit "A". No changes will be made to the design and construction drawings unless by written agreement between the Buyer and the Seller. The Buyers and their representative(s) shall have the right to inspect the Yacht at any time or times during its construction and commissioning.

**2. Base Price:** The base price for the Yacht will be $1,630,000. The base price is F.O.B. Fort Lauderdale, Florida fully commissioned, seaworthy and ready to sail and includes all standard equipment listed in Exhibit "A".

**3. Payment Schedule:**

 a. An 10% deposit of $163,000 shall accompany the signed Sales Contract and Sales Agreement. It is understood that $123,000 shall be wired to Seller and $40,000 of the $163,000 deposit shall be paid on behalf of Seller to Fran Schwenk by means of a wire transfer to his Attorney's Trust Account, to be held in such Attorney's Trust Account until a signed and notarized Release from Fran Schwenk is received by both Buyer and Seller.

 b. A second 10% deposit of $163,000 shall due January 1, 2009

 c. The balance shall be paid upon delivery as defined in Paragraph 8.

 d. A final payment consisting of all balances due, including all options as outlined in Exhibit B, less any credits due the Buyer, shall be made at the Closing.



P.O. Box 583  Marblehead, Mass 01945
Toll Free (800) 875-5114  Fax: (781) 639-0216



**4. Optional Equipment:** Seller and Buyer shall meet periodically after the date hereof to discuss the optional equipment and accessories to be installed by the Seller and its

Subcontractors on the Yacht. An initial list of such equipment shall be developed as soon as possible after the execution of this Agreement (the "Options List") and shall be supplemented and revised thereafter as specified by the Buyer. Said list shall be designated Exhibit "B" and shall be a part of the Agreement and is incorporated herein by reference. All optional equipment specified by Buyer shall be obtained by Seller on Buyer's behalf at the best and lowest cost available.

**5. The Commissioning:** The Yacht shall be commissioned in Fort Lauderdale, Florida and the commissioning is to include all work necessary to install all equipment (standard and optional) and place same in good and proper operating condition.

The Yacht shall be presented to the Buyer for sea trials after commissioning. To the extent the sea trials disclose defects in materials or workmanship or equipment which is not properly installed or is not in good and proper working order, Seller agrees, at its expense, to make all necessary repairs, modifications or replacements so as to present the Yacht to the Buyer at the delivery in completely sound condition with all systems and equipment operating safely and properly.

    a.    Commissioning shall include stepping the mast, deck hardware and rigging,

    b.    Awlgrip painted hull, if ordered, ground tackle with electrical panel operations and all systems listed on Exhibit B, including water maker installation in full function.

    c.    Electronic instruments and all other boat yard ordered equipment shall be installed after commissioning and sea trial is completed.

**6. Titles and Risk of Loss and Damage:** Title shall remain with the Seller until the Yacht is delivered to the Buyer upon final payment. In the event of (i) complete loss of the Yacht, or (ii) damage to the Yacht prior to Delivery (if the damage is of such nature or materiality that it cannot be promptly and adequately repaired so as to place the Yacht or its equipment in as good condition as it would have been but for the damage), the Buyer may in the case of the occurrence of (i) or (ii) above, elect to terminate this Agreement upon written notice to Seller, and all sums theretofore paid by Buyer to Seller (including all payments described in Paragraph 3 above) shall be promptly repaid by Seller to the Buyer. Seller shall deliver such documents of title and other certificates to Buyer at the Delivery as are necessary for the Buyer to register the Yacht for U.S. Coast Guard documentation in Buyers' name or in the name of their designee, free and clear of al liens and encumbrance of any nature whatsoever. Seller agrees to indemnify and hold harmless Buyer from and against any and all claims or causes of action of Seller's

subcontractors, suppliers (including but not limited to Queen Long), or third parties, including costs or attorneys fees incurred by the Buyer in handling or defending such claims or causes of actions.

**7. Buyers' Security Interest in the Yacht:** A security interest in the Yacht, to the extent completed, and a security interest in all work and equipment performed upon or installed in the Yacht or placed on board the Yacht, shall vest in the Buyer for security purposes only to the extent of all payments previously made by the Buyer to the Seller. A security interest in all equipment at the Seller's commissioning shipyard in Fort Lauderdale, Florida and all materials and equipment of the Seller located elsewhere for use in the performance of this agreement, to the extent that the Buyer has paid therefore, shall also be vested in the Buyer for security purposes only; provided , however, that except as may otherwise be provided in the Agreement, the risk of loss or damage to such materials and equipment and the Yacht shall remain with the Seller, and the Buyer shall not be deemed to have waived their rights to require the Seller to replace, with no adjustment to the purchase price, defective, damaged or destroyed workmanship or material, and to deliver the Yacht to the Buyer as provided in their Agreement. The Seller will file the Buyer security interest with the State of Florida and such interest shall be extinguished when title to the Yacht is transferred to the Buyer.

**8. The Delivery & Closing.** Within one week of the yacht's safe delivery to the chosen yard of commissioning, the balance of payment due, less an amount of $100,000 shall be paid to Hylas Yachts, Inc. The final balance of $100,000 shall be due upon Closing when the sea trial is completed and the yacht is fully sound and seaworthy. The Closing shall be held at a time and place mutually agreed upon by Seller and Buyer. In addition to the documents of title and certificates referred to in Paragraph 5 above, Seller shall, at its expense, prepare and deliver to Buyer at the Closing, construction drawings and engineering drawings ("as built drawings") showing the layout of all plumbing, mechanical, electrical and electronic equipment installed on the Yacht (all of which shall be clearly labeled, as well). All equipment manuals and written warranties for all standard and optional equipment included shall be provided by Seller to Buyer.

**9. Warranties and Enforcement:** Seller warrants that the Yacht constructed by Queen Long and delivered to the Buyer will be of excellent quality, of good workmanship and materials, seaworthy and suitable for its intended use of extended ocean cruising. Sellers agrees, for a period of three (3) years after Delivery, to either fix any warranty defects by the factory or reimburse the Buyer for the cost incurred in fixing it. Any defects by the factory for issues that apply to the deck and hull for a period of five (5) years shall be the responsibility of the Seller. Seller further agrees to assign all rights and warranties for standard and optional equipment to the Buyer and to assist the Buyer in asserting and enforcing any warranty claims against equipment manufacturers or suppliers after the Closing should defects in workmanship or materials be identified after delivery of the Yacht to the Buyers.

Hylas Yachts, Inc. warrants to the original purchaser or any subsequent buyer during the time of the Limited Warranty (the Owners), that the boat excluding parts or accessories not installed by Hylas Yachts, Inc. will be free from defects in material and workmanship



for the period of three (3) years from the date of delivery to the original Buyers. In addition, Hylas Yachts, Inc. warrants to the Owners, that the hull and deck structure of the boat will be free from defects in material and workmanship for a period of five (5) years from the earliest of the following events; delivery of the boat to the original Buyers.

**10. Insurance:** The Seller shall arrange for full insurance coverage of the Yacht from its arrival at the chosen yard of commissioning until conveyance of the title to the Buyers at the Closing. The Buyers will arrange for full insurance coverage of the Yacht beginning on the date of the Closing.

**11. Taxes and Import Duties:** Any taxes or import duties imposed by any Federal, State, or Local authority upon the construction or importation of the Yacht shall be paid by the Buyers.

**12. Arbitration:** Any dispute arising under this Agreement which cannot be resolved between the Parties through negotiation shall be settled by a panel of three arbitrators in binding arbitration. The arbitrators shall be chosen and the binding arbitration shall be conducted in accordance with the rules, then obtaining, of the Society of Marine Arbitrators and judgment on the award rendered may be entered in any court possessing jurisdiction; The Arbitrators shall apply the substantive laws, but not the choice of law rules, of the state of Massachusetts and the United States of America. The hearing relating to said arbitration shall be held at a location mutually agreed upon by the Parties or, in the event that the Parties are unable to agree, at a location chosen by a majority of the Arbitrators. In law, in equity or in arbitration, the substantially prevailing party shall be entitled to its costs, including but not limited to reasonable attorney's fee and reasonable expert witness fees.

**13. Governing Law:** This Agreement shall be construed and governed by the laws of the Commonwealth of Massachusetts, without regard to the conflict of laws rules of that State.

**14. Confidentiality:** The Terms of this Agreement may not be disclosed to any third party except to the parties lawyers, accountants, insurers, or taxing authorities without a valid Court order from a Court of Competent Jurisdiction.

**15. Mutual Releases** of Hylas Yachts, Inc. and of T3 Vistas, LLC by Fran Schwenk, Carlos Echeverria, Carlos Yachts and Richard Strother will be provided and incorporated into this agreement.

**16. Entirety: Amendments:** This Agreement shall constitute the entire agreement of the parties with respect to the subject matter hereof and may be amended or modified only by a writing signed by all parties hereto, except with respect to amendments made to the optional equipment list (Exhibit "B") which shall be made on a continuing basis as contemplated by Paragraph 5 above.



**17. Counterparts; Facsimile Signatures.** This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which shall constitute one and the same document. This Agreement may be executed by facsimile signatures.

**IN WITNESS WHEREOF**, the parties hereto have set their respective hands as of the day and year first above written.

**SELLER**                                            **BUYERS**

_____                    _____
Kyle Jachney, Hylas Yachts, Inc.                T3 Vistas, LLC, by its General Manager

Strother
Exhibit B

## Hylas 70 Hull #7  Twin Wheel Deck Design

**Balance carried forward from Sales Contract** $ 1,304,000

### Deck and Hull

| # | Item | | Amount |
|---|---|---|---:|
| 1 | Shoal Draft Keel Design | | |
| 2 | Aluminum Toe Rail | | |
| 3 | Light Grey Nonskid as confirmed by QL Sept. 2008 | NC | |
| 4 | No dorades on deck. Dorade bases to be removed and glassed over. | $ | 700 |
| 5 | Teak Planking in lieu of grates in cockpit sole. | NC | |
| 6 | Cockpit Seating to be straight with NO curved seats at aft end. Cockpit table to be longer design | | |
| 7 | Hydraulic Winches for Primary, Secondary, cockpit and mainsheet winch to be Antal as per Exhibit A | NC | |
| 8 | Lewmar 300TT Bow Thruster in lieu of standard 250TT | | |
| 9 | Lewmar V4 Windlass | NC | |
| 10 | Add Second windlass similar to H70 #3 | $ | 5,560 |
| 11 | Bow Rollers to be modified for dual windlasses and kept straight | $ | 900 |
| 12 | Standard Manship low Profile Hatches. | NC | |
| 13 | Primary Anchor and 2ndary anchors as outlined in Exhibit A | NC | |
| 14 | Extended stern pushpits to midship gates | $ | 3,360 |
| 15 | Stern gate to be 30" wide and located on port side | | |
| 16 | Liferaft Cradle to be built into starboard side rail | $ | 1,100 |
| 17 | tackle | $ | 2,960 |
| 18 | Delete Cable Masters | | |
| 19 | 2nd 50V 220/125A Shorepower connection. | $ | 825 |
| 20 | Two additional 32A 220V European shorepower connections | $ | 1,925 |
| 21 | Four Heavy Duty Wichard folding padeyes in cockpit | $ | 420 |
| 22 | Outboard opening ports added for same opening ports as Ed Harris. | $ | 1,700 |
| 33 | Four 7" X 14" Cockpit opening ports | $ | 3,920 |
| 24 | Stainless foot rest as designed by Ed Harris for cockpit table | $ | 800 |
| 25 | Bonding strap for SSB Ground plane | $ | 1,800 |
| 26 | Stern Garage Enlarged similar to H70 Harris and Franking | $ | 900 |
| 27 | Fold Down Seats as per QL diagram with two pair of folding seats port and starboard side each. Seats to be unvarnished. Confirmed in email to RS 6.18.09 | $ | 4,200 |
| 28 | Modification fee for re-arrangement and modify stanchion bases for the stern rails with folded seats arrangement | $ | 2,250 |
| 29 | 2nd set of drains at forward end of cockpit similar to H70 #1 | $ | 600 |
| 30 | Pedestals to be modified to accommodate Raymarine E120 Chart plotter | $ | 600 |
| 31 | No stainless rail over pedestal | NC | |
| 32 | Bow Rollers to be modified for dual windlasses and kept straight | $ | 900 |
| 33 | Outboard coaming between the helm seats and pedestal to be cut down to the sole to create a walkway. | $ | 12,000 |
| 34 | Stainless rails with opening gate for cut away pedestal design | $ | 800 |
| 35 | Single fold down center stern seat with teak slats, unvarnished as per QL diagrams | $ | 1,660 |

| # | Description | | Amount |
|---|---|---|---:|
| 36 | Stern stainless seat with fold up design mounted on stern coachroof behind starboard helmseat | $ | 1,660 |
| 37 | Stainless bases reinforced for Cobra 400 Davits | $ | 3,080 |
| 38 | Custom Split Bow Pulpit as per QL diagram and Owners photos. | $ | 1,900 |
| 39 | Spur line cutters | $ | 1,050 |
| 40 | Custom cockpit table w/cd player built similar to H70-#5 | $ | 550 |
| 41 | Lounge cushion on forward deck to be held down with padeyes, forward deck to have 2" thick cushions (two pieces) with 9 each Wichard Padeyes similar to H70-#6 | $ | 1,290 |
| 42 | Molded fitting on stb aft where radar pole was to be affixed is to be capped with USD stainless steel cap and with small cleat attached to cop | $ | 1,050 |
| 43 | Install dive compressor rack inside the stern transom step locker | $ | 485 |
| 44 | Upgrade to install Mini Max 10 spoke 40" wheels instead of std. including brake spinner and quick release nut as per owners request while on visit | $ | 950 |
| 45 | Add two s/s/ 15" long handrails on stern transom garage as per owners request on visit | $ | 345 |
| 46 | Add seat cushion to be installed for stern pushpit folding seats and seat behind the helm as per request by owner on visit | $ | 580 |
| 47 | Stainless thruster guards installed for Port and Starboard Thruster controls | $ | 140 |
| 48 | LED Lights for stern steps as per owners visit | $ | 360 |
| 49 | Nonskid steps modified for stern steps instead of standard teak | $ | 980 |
| 50 | Imtra Xenon 24V/50W UW Lights, Two total | $ | 2,480 |
| 51 | Two GFI 110AC Outlets, one in each cockpit cubby lockers | $ | 210 |
| 52 | Modification fee for re-arrangement of stern shore connections to centerline | $ | 1,200 |
| 53 | Fixed prop to be upgraded to "Shark" model with serrated edge | $ | 800 |
| 54 | Backrest installed for stern pushpit curved areas as per owners request | $ | 280 |
| 55 | Two additional port lights 7X14 in helm, stbd/port | $ | 1,900 |

### Rig and Rigging

Final Rig Specifications to be determined

### General

| # | Description | | Amount |
|---|---|---|---:|
| 1 | Sole to be Solid Teak similar to H70 #5 | NC | |
| 2 | Cabinetry Style to be louvered doors with rounded corners. All passageway doors to be Raised Panel Doors. DELETE LOUVERS at bottom of passageway doors. All latticed cabinets (5) to have interior lighting run to central dimmer switch | $ | 650 |
| 3 | Passageway Doors are to be Raised Panel doorways | $ | 5,320 |
| 4 | Continous handrail both port and starboard for main saloon to galley and Nav station similar to H70 #1 | NC | |
| 5 | Double grooved fiddles throughout interior including handrials below main saloon fixed ports, behind both port and starboard settees, galley area as well as behind owner | $ | 4,200 |
| 6 | Headliner to be standard overhead design with removable teak strakes | NC | |
| 7 | Counters for Heads and Galley to be Wahlee Stone. | NC | |
| 8 | All Hanging lockers in forward, port and aft cabin to be cedar lined | NC | |

| # | Item | | Amount |
|---|---|---|---|
| 9 | All hanging lockers to have automatic lights when opened | NC | |
| 10 | All fans to be TWO speed | NC | |
| 11 | Rope lighting to be installed along edge of owners berth, forward and port cabin berths and main saloon. | $ | 900 |
| 12 | Teak Hatch Screens for interior except three cabins. $180 each | $ | 900 |
| 13 | Dimmers for Saloon and Owners Cabin. | $ | 440 |
| 14 | AMSEC Digital Electronic Security Safe ES913 | $ | 890 |
| 15 | Hinges and door hardware for all cabinets and doorways to be changed to brass hinges | $ | 4,200 |
| 16 | Lamp Push button latches are to be brass latches | $ | 520 |
| 17 | Brass Reading Lights forwarded by Hylas with Xenon bulbs. A credit for Hylas lights to be forwarded | | |
| 18 | Brass Overhead lights in lieu of Chrome finished lights | $ | 875 |
| 19 | Additional installation costs for headboard to be installed with buttoning per owner request | $ | 2,400 |
| 20 | All heads to have double routed fiddles | | |
| 21 | Beam Central Vacuum system.   Does not include vacuum hoses for cabins | $ | 2,550 |
| 22 | Installation fee for all seat cushions to be installed with buttoning per owner request | $ | 3,000 |
| 23 | Six additional Imtra Newport Gold overhead lights installed on board | $ | 660 |
| 24 | Forward cabinets to have latticed doors instead of std. louvered doors for port and starboard sides | $ | 590 |
| 25 | Installation fee for saloon entertainment equipment and stereo units in forward cabin, third portside cabin and aft cabin (lamplighter supplies) | $ | 2,850 |

## Mechanical & Electrical

| # | Item | | Amount |
|---|---|---|---|
| 1 | Yanmar BY 260HP with electronic engine controls. | $ | 4,757 |
| 2 | Mastervolt 15KW Genset in lieu of standard 12KW Fisher Panda Genset | $ | 4,380 |
| 3 | Built in Oil change pump to be plumbed for the engine, genset and transmission | NC | |
| 4 | Raymarine ST60+ Wind Speed and Depth Units. | NC | |
| 5 | Tank Capacities. Water Capacity - 390 Gallons Fuel Tank capacity - 700 gallons as standard | NC | |
| 6 | Mastervolt AGM Batteries throughout for all battery banks, Twelve total including two for 12V conversion | NC | |
| 7 | Engine room lights, two total. Switches located outside engine room door, starboard side | NC | |
| 8 | Preplumb and wire for watermaker. Includes strainer, 35A fuse and salt water brine outlet | $ | 1,350 |
| 9 | Mastervolt 80A Battery Charger for forward cabin 24V | NC | |
| 10 | Mastervolt 80A 24V Battery Charger for aft cabin 24V | NC | |
| 11 | WEMA Gauges for Fuel and Water | $ | 1,800 |
| 12 | Mechanical Sink drain pump to be installed similar to H54#30 | NC | |
| 13 | Cruise Air Reverse Cycle Reverse Cycle AC with three compressor units and digital controls.   65,000BTU total with four separate compressor systems with digital controls | $ | 19,400 |
| 14 | Mamba Steering system instead of Std. | $ | 7,900 |
| 15 | Whitlock 1/2 HP DU Autopilot System installed for Mamba Steering | $ | 4,880 |

| | | |
|---|---|---|
| 16 Splendide Model 2100 Venter Washer/Dryer to be installed in crews quarters head | $ | 2,410 |
| 17 MOD III Shaft Brake | $ | 2,880 |
| 18 General Ecology Seagull X-6 Multiple Line Water Filter.  Cost for unit and Freight 235. | $ | 235 |
| 19 Installation Fee for Seagull filter to be installed in line for galley and all heads. | $ | 1,120 |
| 20 Fireboy MA2-450 Engine Room Fire Extinguisher with remote activation in both cockpit and Nav area | $ | 1,780 |
| 21 Delete Floscan Monitor | | |
| 22 Modification fee for removing Raymarine transducer and installing Airmar depth trandsucer supplied by Lamplighter Marine. | $ | 600 |
| 23 Isolation Transformer 15KVA 120/240V 50/60HZ | $ | 2,980 |
| 24 Night LED lights to be installed along corridor to aft cabin. | $ | 300 |
| 25 Install s/s hanging pole to be attached above aft engine door to accommodate hanging wet gear. | | |

### Forward Heads and Shower Stall

| | | |
|---|---|---|
| 1 Vacuflush Heads model 4806 with Tank tenders and electric flush | $ | 6,260 |
| 2 Standard Head and Shower soles with teak grate in Shower only | NC | |
| 3 Fold down teak shower seat | NC | |
| 4 Show stall doors to be Lexan.  Color of Lexan to be determined | NC | |
| 5 GFI 110AC Outlet in both forward head areas as standard | NC | |
| 6 Teak Grates for forward Heads and shower stall area | Listed above | |

### Forward Cabin

| | | |
|---|---|---|
| 1 Forward Cabin to have V-Berth, not forward double. | NC | |
| 2 V-berth to have no drop down cut out piece.   V-berth to have Splendide Washer Dryer with both front and top access. | NC | |
| 3 Portside Hanging locker to be split doors with louvers and settee in front.  Design and dimension identical to H70 #1 Harris | NC | |
| 4 Single shelve below hull ports as standard.  Shelf to be in line with bottom of cabinets forward | NC | |
| 5 Cabinets above berth outboard to have louvered doors with single removable shelves inside | listed above | |
| 6 Two fans to be located at aft end of berth and located on hanging locker bulkheads. | NC | |
| 7 Starboard side to have upper and lower cabinets with shelf.  Upper cabinet to have two removeable shelves.  Below to have three drawers. | NC | |
| 8 Forward end of port cabin to be curved as shown in QL diagram 11.02.06 | | |
| 9 Ocean Air Concealed Hatch | $ | 1,130 |
| 10 Bulkhead from port cabin starboard side to be squared off similar to H70 #3 | | |
| 11 Additional 110V outlet, 3 ea in forward cabin | $ | 315 |
| 12 Installation fee for one Samsung 19" TV on port bulkhead next to door, facing berth | $ | 420 |
| 13 Additional speakers in forward and third portside cabin (2 Pairs) | $ | 425 |

### Portside Cabin

1. Double Berth design to be a full queen double berth at standard height. Berth to be same height as H70 #3 with lifting berth for storage wth no drawers under berth. — NC
2. Cabinet next to berth at berth height with cabinet door facing forward. Two removable shelves inside — NC
3. Hanging Locker forward of berth. Hanging locker to have three removable shelves. Below locker to have three drawers and fold down cabinet door at the bottom — NC
4. 110 AC Outlets. One at both forward and aft end of outboard cabinets — NC
   1 additional 110V outlet in portside cabin — $ 105
5. Mirror to be mounted on aft end bulkhead next to berth above cabinet — NC
6. Ocean Air Concealed Hatch — $ 1,130
7. Forward end of cabin to be squared off similar to H70 #3
8. Installation fee for one Samsung 19" TV in portside cabin, buyer supplied TV — $ 420
9. Install stainless steel plate work bench to be installed on the top lifting portside cabin berth — $ 625
10. Additional port light 5X12" in portside cabin — $ 810

### Main Saloon

1. Cabinets Port and Starboard to be moved outboard similar to H70 #5. Cabinets to also be flush with fiddles behind dinette seating and starboard settee — NC
2. Portside dinette table to be Four way folding table with Burled table top and bottom. Table to be 3" in thickness and 6" in thickness when folded — $ 2,200
3. Dinette seating to continue inboard to passageway inboard. — NC
4. No sliding bench seat. Two folding seats. Seats to have matching top to dinette table. — NC
5. 48" x 14" table starboard side, adjustable with Brass Pole as per owners design, table includes dancing brass pole withplatorm. Platform can be raised as coffee table. — $ 4,860
6. Inca TV Lift for 32" TV to be installed starboard side main saloon aft of chain plate area as per owners diagram — $ 1,350
7. ULIBI-98SS U-line SS98 ice maker, stainless steel front w/cabinet on aft end of dinette portside — $ 1,500
8. Aft end of dinette portside to have Ice maker cabinet installed built with top of cabinet level with aft end of dinette seating. Single drawer above Ice Maker and below shelf.
9. Cabinet above the Ice Maker with to belattice stye door above cabinet door and NOT roll away cabinet door. — $ 750
10. Companionway steps to be built wide design similar to H70 #5 — NC
11. 2 Ocean Air Concealed Hatch screens, 24" X 24" — $ 2,380
12. Adjustable Brass posts for portside and starboard side tables. starboard side quoted above. — $ 3,200

| | | | |
|---|---|---:|---:|
| 13 | Modification fee for installing 3 steps on the passageway between saloon and aft cabin | $ | 950 |
| 14 | Additional 110V outlets in main saloon, 3 total | $ | 315 |
| 15 | Stereo and entertainment equipment installed in main saloon | $ | 1,650 |

### Nav Station

| | | | |
|---|---|---:|---:|
| 1 | Nav station to be similar to H70 #5 with desk at forward end | | NC |
| 2 | Nav Desk to have bi-fold desk | | NC |
| 3 | Forward end of Nav desk to be angled similar to H70 #4 | | NC |
| 4 | Avanti Wine Cooler built in below forward end of Nav desk similar to H70 #5 | $ | 720 |
| 5 | Brass adjsutable post for Nav Chair | $ | 1,600 |
| 6 | Additional 100V AC outlet underneath nav table | $ | 105 |

### Galley

| | | | |
|---|---|---:|---:|
| 1 | Galley to have walkthrough design | | NC |
| 2 | Cabinets to be built as per Owners Diagram   QL forward confirming diagram | | NC |
| 3 | All roll away cabinets to be 10" deep as confirmed by QL 10.12.07 | | NC |
| 4 | MS130 Stainless Refrigeration Boxes to be installed inboard as per QL diagram. | $ | 4,270 |
| 5 | Forward end outboard cabinet above Dishwasher to be angled as per QL diagram. | | NC |
| 6 | Advantium Convection Microwave installed above Stove | $ | 1,350 |
| 7 | Venting unit installed over stove for Advantium Microwave | $ | 280 |
| 9 | Scanvik Sink installed as per QL diagram | | NC |
| 10 | Fiddle to have double grooves both inboard and outboard of galley | | Priced above |
| 11 | Wahlee Stone Counters.  backsplash is installed | $ | 550 |
| 12 | Owner to forward appliances to be installed by QL.  Appliances to be determined | | |
| 13 | Fischer Paykel Integrated Dishwasher with teak face finish | $ | 1,600 |
| 14 | Broan Stainless Trash Compactor | $ | 1,260 |
| 15 | Roll away cabinets to be made 10" deep | | NC |
| 16 | Faucet to be located at the aft inboard end of sink | | NC |
| 17 | Forward end of galley inboard to have bar with sink on top as per QL diagram.  Cabinet to have spli cabinet doors with liquor cabinet inside | $ | 1,650 |
| 18 | Install a 33" high liquor cabinet above wet bar and affixed to bulkhead | $ | 1,795 |
| 19 | Modification fee for installing Spendide Washer Dryer in Galley | $ | 800 |
| 20 | Modification fee for partition between saloon and galley to be extended to handhold position | $ | 600 |

### Owners cabin

| | | | |
|---|---|---:|---:|
| 1 | Owners berth centerline as standard.   Narrow shelves on port and starboard side of owners berth similar to H70 #5. | | NC |
| 2 | Desk to be built aft of **portside** Hanging Locker similar in design to H70 #3 | $ | 1,485 |

| # | Item | | |
|---|------|---|---|
| 3 | Portside Hanging locker to have cedar lining with three removable shelves and hanging bar. | NC | |
| 4 | Fold down locker door below on portside hanging locker | NC | |
| 5 | No desk or chest of drawers along forward owners bulkhead. | NC | |
| 6 | Starboard side to have settee similar to H70 #1. Length of Settee to be 6' (Six Feet) in length | NC | |
|   | a. Modification fee for the fiddle of starboard settee moved outboard 2.5"-3" to be flush with settee bases for purposes of adding let space | $ | 600 |
| 7 | Starboard side Hanging Locker built aft of Crew quarters head. Hanging Locker to have split locker doors. Hanging locker to be louvered with cedar lining. Width of Starboard side Hanging Locker to allow for settee to be 6' in length | NC | |
| 8 | TV to be forwarded and to be mounted on forward bulkhead | $ | 870 |
| 9 | Below TV to have shelf and drawers below identical to H70 #5 | | |
| 10 | Six drawers to be installed under owners berth. | NC | |
| 11 | Owners berth to be lifting berth with divider behind drawers for separate storage | $ | 300 |
| 12 | Area where batteries are usually installed to be built with dividers to create port and starboard storage areas | NC | |
| 13 | Owners head at aft end in owners stateroom to have softer curve as shown in diagram from Hylas | NC | |
| 14 | Ocean Air Hatch Surface mounted | $ | 700 |
| 15 | install two small drawers on each nightstand on both sides in aft cabin | $ | 650 |
| 16 | Add 2nd doorway in passageway to the aft cabin | $ | 1,350 |
| 17 | Fee to varnish and reinstalling 2nd doorway in the passageway to aft cabin | $ | 1,500 |
| 18 | Surface mounted Ocean Air Hatch in owners stateroom | $ | 580 |
| 19 | 3 additional 100V AC outlets for aft cabin | $ | 315 |

### Owners Head

| # | Item | | |
|---|------|---|---|
| 1 | Vacuflush head with tank tender and mascerator. Model 4806 Vacuflush | $ | 3,230 |
| 2 | Wahlee Stone Counters. Fiddles are double routed as outlined under "General" | | |
| 3 | Linen closet outboard in shower stall with two removable shelves. | NC | |
| 4 | Clear Lexan door for shower stall. | NC | |
| 5 | Passageway door from galley through aft head. Door to open INTO shower stall. | NC | |
| 6 | Additional port light 7X14" in aft shower | $ | 950 |

### Starboard Crew Quarters and Attached Head

| # | Item | | |
|---|------|---|---|
| 1 | Upper/Lower design. Berths to be built wide to match hanging locker similar to H70 #5. | NC | |
| 2 | Modfication fee for upper/lower berth w/lift up design in crew quarter cabin and also no drawer below the lower berth | $ | 800 |
| 2 | Forward end Hanging Locker to be moved aft to allow for electrical panel at Nav station | NC | |
| 3 | Drawers below lower berth | NC | |
| 4 | Headliner material to be installed below upper berth | NC | |
| 5 | Modification fee for re-installing ultra leather below upper berth, as requested by owner on visit, fabric charge | $ | 750 |
| 6 | Mirror to be mounted on inboard cabin side of head door | NC | |

Strother
Exhibit B

| | | |
|---|---|---:|
| 7 | Vacuflush head model 4806 | $ 3,230 |
| 8 | Head Design at Aft as standard. NO shower stall. Head to have mounted shower head and drainage | |
| 9 | Install pull out faucet Scandvik 46023 faucet and 14352 hose for head sink in crews | $ 425 |
| 10 | Add 2nd doorway ot be installed in passageway between crews quarter head and aft | $ 1,350 |
| 11 | 1 additional 110V AC outlet | $ 105 |

**Import Duty** $ 15,572
Total before duty added $ **1,529,452**

Bare Price        $1,630,000
Options            225,452
Duty                15,572
                   ―――――――
                   $1,871,024
                   (451,315)
                   ―――――――
Payments To Date   $1,419,709

Balance Due