# Dianne McCarthy

**From:** Kjachney@aol.com
**Sent:** Monday, November 02, 2009 3:19 PM
**To:** ricstro33@yahoo.com
**Cc:** hylas@hylasyachtsusa.com
**Subject:** Hylas 70

Rick;

I am sorry that we are having to both deal with this current situation with H70 #7 particularly for Hylas, learning about this just now is going to take some proper planning at this stage. Based on our conversation I am glad to know you would like to make this work and of course do hope that ultimately we will close with you as the owner. As discussed, if you did not think you were going to be able to truly move forward then we will need to know as soon as absolutely possible so we can make a concerted effort to confirm a new buy as soon as possible.

Our focus now is getting the yacht commissioned so that she is in fact a completed sailing yacht either with or without electronics. With that, the immediate issues are the following vendors required to get commissioning started and out of first gear. Below are the list of builders/suppliers and costs which are either immediate or due in the very near future. Each of these have balances due and we will not commit to having the components shipped unless I can confirm that they will receive payment upon receipt of the parts in FL.

Forespar Rig and Leisurefurl Boom. Balance Due of $28,000

Navtec Rod Rigging. Balance Due of $24,000

Harken Hydraulic Commander System. Balance Due upon receipt of the yacht. $22,400

Selden Hydraulic Furlers. Balance Due of $25,700.

Brad Storm. 50% Deposit for commissioning and Running rigging. $20,000

Federal Import Duties due upon yachts delivery.   $15,572.50 Due immediately.

Freight Charges. $70,000 Now Due. Prefer not to add to Line of Credit.

Interest starting November 10th interest will start to accrue at $222/day.

Of these payments above that are due either immediately or with in the next two weeks, only the freight can be rolled into the Line of Credit. Of the vendors, I prefer not to have any of them wait however of these, Selden and Navtec can wait another two, possibly three weeks. Of the amounts needed immediately, the minimum is about $85,000. I would really appreciate if the amount is $125,000 and even with this payment I will be forwarding Brad only $10,000 and not the $20,000 he is due.

Of the funds being forward, these are all fixed expenses which are covered in the approximately 1.55M due on the balance. Based on this recouping your additional monies from this point forward should not be any issue and at a price of 1.7M+ you should be recouping your monies paid both from this point forward along with the chance of a 100K+ of your original deposit. I cannot guarantee anything however I can state in good faith that I will try to market this yacht with the intentions of trying to not only recoup what is due to Hylas but also make every effort within a reasonable timeframe to sell for the higher pricing so that there is a very real possibility of reclaiming some of the earlier deposits already forwarded.

What I need to know is if you want me to actively market this yacht now at this pricing or just put out feelers for interest. I also need to know if these initial funds are being forwarded this week and whether it is $85K, $125K or the full $200K that would include the freight. (The interest is not including the freight added in at this point.)

11/2/2009