UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYLAS YACHTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> T3 VISTAS, LLC, and RICHARD STROTHER, <br><br> Defendants | Docket Number <br><br> 1:12-cv-10468 |

**CERTIFICATE OF COMPLIANCE WITH RULE 7.1**

I certify that I have complied with LR 7.1(a)(2) as follows:

1. I emailed Rick Strother, on Tuesday, March 18, 2014, inviting Strother to call me to discuss the issues in the Plaintiff's motion for contempt, and I made it clear at that time that I would not agree to Strother's motion to continue the time to comply with the Court's order;

2. I sent Strother an E-mail today, March 21, 2014, inviting Strother to call me at 3:00 p.m., which he did not do;

3. I attempted to initiate a conference call with Strother and T3's counsel, Brain Keane, at 2:45 p.m., by calling Strother and leaving a message identifying the issues raised in the contempt motion and inviting him to call and discuss; and

4 . I initiated another call to discuss with Rick Strother the matters raised in the contempt at 4:19 pm on March 21, 2014.

1

2

        Respectfully submitted,

        HYLAS YACHTS, INC.,

        by its attorneys,

        /s/ Jeffrey S. Baker
        Jeffrey S. Baker
        Baker & Assoc., P.C.
        Two West Hill Place, Ste 100
        Boston, MA 02114
        Ph: 617-573-9505
        Fax: 617-573-9503
        E-mail: bakerlaw@aol.com

Date: March 21, 2014

## Certificate of Service

On this day, March 21, 2014, I certify that I served or caused to be served on all other parties a true and accurate copy of this document and any supporting memoranda or affidavits by first class mail or ECF.

        /s/ Jeffrey S. Baker
        Jeffrey S. Baker

1.